# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:16-cr-00016-RWS-JCF
### USA v. Harris
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 12/05/2016.

TIME COURT COMMENCED: 12:50 P.M.
TIME COURT CONCLUDED: 1:20 P.M.　　COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:30　　　　　　　　DEPUTY CLERK: Rick Goss
OFFICE LOCATION: Gainesville

| | |
|---|---|
| DEFENDANT(S): | [1]Johnny L. Harris Present at proceedings |
| ATTORNEY(S) PRESENT: | Paul Jones representing USA<br>Nicole Kaplan representing Johnny L. Harris |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Sentence hearing to be set. Defendant shall remain on bond. |
| HEARING STATUS: | Hearing Concluded |